# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

156688

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

CHARLES WILLIAM WOOD,
    Defendant-Appellee.

SC: 156688
COA: 331462
Oakland CC: 2015-255591-FH

_____/

On order of the Court, the application for leave to appeal the September 19, 2017 judgment of the Court of Appeals is considered. We DIRECT counsel for the defendant to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



p0228

Clerk